**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| CAROLINA AVILOR, <br>    *Plaintiff* <br><br> VS. <br><br> SEYED NABVAVI and <br> WERNER ENTERPRISES, INC., <br>    *Defendants* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> §    CIVIL ACTION NO. 4:17-cv-00747 <br> §         JURY REQUESTED <br> § |

## NOTICE OF SETTLEMENT

Please be advised that Plaintiff, CAROLINA AVILOR ("AVILOR") and Defendants, WERNER ENTERPRISES, INC. and SEYED NABVAVI ("Defendants") have reached a settlement in the above-captioned action. The settlement will resolve Plaintiff's claims against both Werner Enterprises, Inc. and Seyed Nabvavi.

                               Respectfully submitted,

                               **BAIRHILTY, P.C.**

                               /s/Amanda S. Hilty_____
                               TBN:  09683030
                               FBN: 0187
                               14711 Pebble Bend Drive
                               Houston, Texas  77068-2923
                               Telephone:  (713) 862-5599
                               Facsimile:   (713) 868-9444
                               Email: ahilty@bairhilty.com
                               **ATTORNEY FOR DEFENDANT,
                               WERNER ENTERPRISES, INC.**

**OF COUNSEL:**
Bill S. Sanford
TBN:  24041864
FBN:  1086354
14711 Pebble Bend Drive
Houston, Texas  77068
Telephone:  (713)862-5599
Facsimile:   (713)868-9444
Email: bsanford@bairhilty.com
**ATTORNEY FOR DEFENDANT,**
**WERNER ENTERPRISES, INC.**

**OF COUNSEL:**
Wendi R. Ervin
TBN:  06651220
FBN:  13873
14711 Pebble Bend Drive
Houston, Texas  77068
Telephone:  (713)862-5599
Facsimile:   (713)868-9444
Email: wervin@bairhilty.com
**ATTORNEY FOR DEFENDANTS,**
**WERNER ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that, on January 15, 2018, a copy of the foregoing Notice of Settlement was filed electronically and served via the Court's CM/ECF system upon counsel of record.

Loren G. Klitsas
Jared W. Capps
Klitsas & Vercher, P.C.
550 Westcott, Suite 570
Houston, Texas  77007

                        */s/ Amanda S. Hilty*_____
                        AMANDA S. HILTY